THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Claude Dunagin, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Derham Cole, Circuit Court Judge

Unpublished Opinion No.  2011-UP-546
Submitted December 1, 2011  Filed
 December 6, 2011

APPEAL DISMISSED

 
 
 

Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy
 Attorney General John McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Barry Barnette, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM:  Claude
 Dunagin appeals his conviction for second-degree arson, arguing the trial court
 erred in failing to grant his motion for a directed verdict.  After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.
 
 
 APPEAL
 DISMISSED.

FEW, C.J., THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.